**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Silvestre Jaime SOLORIO,
Defendant–Appellant.**

**No. 07–10413.**

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 11, 2009.*

Filed Aug. 17, 2009.

Amber M. Craig, Esquire, Robert L. Ellman, Esquire, USLV—Office of the U.S. Attorney Las Vegas, NV, for Plaintiff–Appellee.

Jason F. Carr, Esquire, Assistant Federal Public Defender, Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

Before: KLEINFELD, M. SMITH, and IKUTA, Circuit Judges.

MEMORANDUM **

Silvestre Jaime Solorio appeals from the 70–month sentence imposed following his guilty-plea conviction for distribution of a controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Solorio contends that there was insufficient evidence to support the district court's finding that the drug quantity attributable to him exceeded the amount stipulated to in his plea agreement. The district court's finding regarding the amount of drugs attributable to Solorio was not clearly erroneous. Therefore, we reject Solorio's argument that there was insufficient evidence to support the district court's finding that such drug quantity exceeded the amount stipulated to in his plea agreement.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.